06-CV-05194-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ROGER J. DAVIS,

        Petitioner/Plaintiff,

   v.

PIERCE COUNTY TRANSPORTATION
BENEFIT AREA AUTHORITY (commonly
known as "Pierce Transit"), a municipal corporation.

        Respondent/Defendant.

NO. C 06-5194 RBL

JOINT MOTION to EXTEND
DISPOSITIVE MOTIONS
DEADLINE and CREATE
BRIEFING SCHEDULE for
WRIT OF REVIEW
PROCEEDINGS

(RCW 7.16.050)

NOTE ON MOTION
CALENDAR 12/8/2006

## I. Joint Motion

Petitioner/Plaintiff ROGER DAVIS, by his undersigned counsel, and Pierce County

Transportation Benefit Area Authority ("Pierce Transit"), by its undersigned counsel, hereby

jointly request that the deadline for dispositive motions in the above action be extended from

January 9, 2007, to February 28, 2007.

**JOINT MOTION TO EXTEND DISPOSITIVE
MOTIONS DEADLINE AND CREATE BRIEFING
SCHEDULE FOR WRIT OF REVIEW
PROCEEDINGS - 1**

Northwest Justice Project
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

1    The parties further jointly request that the court allow briefing to be submitted in support

2    of and in opposition to the petitioner's Writ of Review request under RCW 7.16.050, et. seq.

3    for judicial review of the agency adjudication at issue in this case.  The parties request that

4    Petitioner's deadline for submitting briefing in support of his Writ of Review request be the

5    same as the deadline for dispositive motions, February 28, 2007, and that the briefing length

6    requirements and schedule for Writ of Review briefing be the same as the briefing schedule

7    and length requirements for any motions for summary judgment that are filed in this matter.

8    II.    Relief Requested

9    The parties request that the court sign the attached a proposed ORDER EXTENDING

10   DISPOSITIVE MOTIONS DEADLINE AND CREATING BRIEFING SCHEDULE FOR

11   WRIT OF REVIEW PROCEEDINGS.

12   DATED this 8th day of December, 2006.

13

14   Presented by

15   NORTHWEST JUSTICE PROJECT

16   _____
     TODD CARLISLE, WSBA #25208

17   Attorneys for Petitioner/Plaintiff

18

     And by
19

20   DAVIES PEARSON, P.C.

21   _____
     Joseph M. Diaz, WSBA #16170

22   Attorneys for Respondent/Defendant

23

24   **JOINT MOTION TO EXTEND DISPOSITIVE**
     **MOTIONS DEADLINE AND CREATE BRIEFING**
     **SCHEDULE FOR WRIT OF REVIEW**
     **PROCEEDINGS - 2**

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

8

ROGER J. DAVIS,

9

Petitioner/Plaintiff,

10

v.

11

12

13

PIERCE COUNTY TRANSPORTATION
BENEFIT AREA AUTHORITY (commonly
known as "Pierce Transit"), a municipal corporation.

14

15

Respondent/Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. C 06-5194 RBL

[proposed] ORDER EXTENDING
DISPOSITIVE MOTIONS
DEADLINE AND CREATING
BRIEFING SCHEDULE FOR
WRIT OF REVIEW
PROCEEDINGS

16

17    THIS MATTER, having come before the court on the 8th day of December, 2006, upon

18    the parties' JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND

19    CREATE BRIEFING SCHEDULE FOR WRIT OF REVIEW PROCEEDINGS, it is now

20    therefore

21    **ORDERED, ADJUDGED and DECREED** that the parties' JOINT MOTION TO

22    EXTEND DISPOSITIVE MOTIONS DEADLINE AND CREATE BRIEFING SCHEDULE

23

24    [PROPOSED] ORDER EXTENDING DISPOSITIVE
      MOTIONS DEADLINE AND CREATING
      BRIEFING SCHEDULE FOR WRIT OF REVIEW
      PROCEEDINGS  - 1

Northwest Justice Project
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

1   FOR WRIT OF REVIEW PROCEEDINGS is **GRANTED**.  The deadline for dispositive

2   motions in this case is extended from January 9, 2007, to February 28, 2007.  The parties shall

3   submit briefing to the court in support of and in opposition to the petitioner's Writ of Review

4   request under RCW 7.16.050.  Petitioner's deadline for submitting briefing in support of his

5   Writ of Review request shall be the same as the deadline for dispositive motions, February 28,

6   2007.  The briefing schedule and length requirements for Writ of Review briefing shall be the

7   same as the briefing schedule and length requirements for any motions for summary judgment

8   that are filed in this matter.

9       Dated this ⁸ᵗʰ day of December, 2006.

10

11   _____

12   UNITED STATES DISTRICT JUDGE/
     UNITED STATES MAGISTRATE JUDGE

13   Presented by:
     NORTHWEST JUSTICE PROJECT

14

15   _____
     TODD CARLISLE, WSBA #25208
16   Attorneys for Petitioner/Plaintiff

17   And by:

18   DAVIES PEARSON, P.C.

19   _____
     Joseph M. Diaz, WSBA #16170
     Attorneys for Respondent/Defendant

20

21

22

23

24   **[PROPOSED] ORDER EXTENDING DISPOSITIVE**          Northwest Justice Project
     **MOTIONS DEADLINE AND CREATING**                     715 Tacoma Avenue South
     **BRIEFING SCHEDULE FOR WRIT OF REVIEW**             Tacoma, Washington 98402
     **PROCEEDINGS - 2**                              Phone: (253) 272-7879 Fax: (253) 272-8226