FILED LODGED
RECEIVED

MAR -1 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

HONORABLE RONALD B. LEIGHTON

06-CV-05194-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER J. DAVIS,

    Petitioner/Plaintiff,

vs.

PIERCE COUNTY TRANSPORTATION BENEFIT AREA AUTHORITY (commonly known as "Pierce Transit"), a municipal corporation,

    Respondent/Defendant.

NO. 06-5194 RBL

**STIPULATED MOTION AND ORDER TO CONTINUE PRE-TRIAL AND TRIAL DATES**

**NOTE ON MOTION CALENDAR:**
**February 14, 2007**

COME NOW the parties, Roger J. Davis, through his attorney, Todd Carlisle, and Pierce County Transportation Benefit Area Authority, through its attorney, Joseph M. Diaz, and pursuant to FRCP 7(b) and LR 7(b) and LR 10(g), hereby jointly stipulate and request that the court extend the pre-trial filing dates and continue the trial date in this matter for a minimum of sixty (60) days:

| | |
|---|---|
| Date for Filing Dispositive Motions | April 30, 2007 |
| Deadline for Filing Petitioner's Briefs in Support of Writ of Review | April 30, 2007 |
| Deadline for Filing Respondent's Brief in Opposition to Petitioner's Writ of Review | May 21, 2007 |
| Mediation per CR 39.1(c) HELD no later than April 12, 2007 | May 12, 2007 |
| 39.1 Settlement Report | May 19, 2007 |
| Motions in Limine | May 14, 2007 |
| Pre-Trial Order | June 1, 2007 |

STIPULATED MOTION AND ORDER TO CONTINUE
PRE-TRIAL AND TRIAL DATES
CASE NO. 06-5194 RBL
Page 1 of 4
st s:\1xxxx\159xx\15941\2\pldg\joint motion to extend deadlines.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| Pre-Trial Conference | June 8, 2007 |
|---|---|
| Trial Briefs Must be Submitted by | May 30, 2007 |
| Proposed Voir Dire/Jury Instructions Due | May 30, 2007 |
| **TRIAL – 4 DAYS** | June 11, 2007 |

This joint motion is being brought in furtherance of the parties' current efforts at negotiating a comprehensive settlement plan in the above matter and counsel are hopeful that they will be able to resolve this matter without any further delay or expenditures unrelated to the case settlement prior to the extended deadlines set forth above.

DATED this 14th day of February, 2007.

Presented by:                                              Approved as to form & content:

**DAVIES PEARSON, P.C.**                                   **NORTHWEST JUSTICE PROJECT**

_____                            _____
Joseph M. Diaz, WSBA #16170                                Todd Carlisle, WSBA #25208
Attorneys for Defendant/Respondent                         Attorneys for Plaintiff/Petitioner

### ORDER

This matter comes before the above-entitled Court on the motion of both parties, through their respective counsel, for an order extending certain deadlines, as set forth above. The Court has reviewed this motion and it is hereby ORDERED that the joint motion of the parties is GRANTED. The parties shall follow the case schedule as set forth below:

| Date for Filing Dispositive Motions | April 30, 2007 |
|---|---|
| Deadline for Filing Petitioner's Briefs in Support of Writ of Review | April 30, 2007 |
| Deadline for Filing Respondent's Brief in Opposition to Petitioner's Writ of Review | May 21, 2007 |
| Mediation per CR 39.1(c) HELD no later than April 12, 2007 | May 12, 2007 |
| 39.1 Settlement Report | May 19, 2007 |

STIPULATED MOTION AND ORDER TO CONTINUE
PRE-TRIAL AND TRIAL DATES
CASE NO. 06-5194 RBL
Page 2 of 4
st s:\1xxxx\159xx\15941\2\pldg\joint motion to extend deadlines.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| Motions in Limine | May 14, 2007 |
| --- | --- |
| Pre-Trial Order | June 1, 2007 |
| Pre-Trial Conference | ~~June 8, 2007~~ |
| Trial Briefs Must be Submitted by | May 30, 2007 |
| Proposed Voir Dire/Jury Instructions Due | May 30, 2007 |
| **TRIAL – 4 DAYS** | ~~June 11, 2007~~  JUNE 4, 2007 *RBL* |

*The clerk will set a new date* RBL

DATED this *1st* day of ~~February~~ *March*, 2007.

*[signature]*
HONORABLE RONALD B. LEIGHTON
United States District Court Judge

Presented by:

**DAVIES PEARSON, P.C.**

*[signature]*
Joseph M. Diaz, WSBA #16170
Attorneys for Defendant/Respondent

Approved as to form & content:

**NORTHWEST JUSTICE PROJECT**

*[signature]*
Todd Carlisle, WSBA #25208
Attorneys for Plaintiff/Petitioner

STIPULATED MOTION AND ORDER TO CONTINUE
PRE-TRIAL AND TRIAL DATES
CASE NO. 06-5194 RBL
Page 3 of 4
st s:\1xxxx\159xx\15941\2\pldg\joint motion to extend deadlines.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052