HONORABLE RONALD B. LEIGHTON

06-CV-05194-ORD

FILED LODGED RECEIVED
MAY - 2 2007
CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **ROGER J. DAVIS,**<br>*Petitioner/Plaintiff,*<br>v.<br>**PIERCE COUNTY TRANSPORTATION BENEFIT AREA AUTHORITY** (commonly known as "Pierce Transit"), a municipal corporation.<br>Respondent/Defendant. | **NO. C 06-5194 RBL**<br>[~~propose~~d] **AGREED ORDER AND CONSENT DECREE** |

This case involves two types of claims by Petitioner/Plaintiff Roger Davis against Respondent/Defendant Pierce Transit, which have been removed from state court: (1) claims for judicial review of Pierce Transit's decision to deny Mr. Davis arranged transportation for persons with disabilities as required by the Americans with Disabilities Act (ADA) (commonly known as "paratransit" and/or Pierce Transit's "Shuttle" service); and (2) claims for declaratory and injunctive relief challenging on ADA and due process grounds various aspects of Pierce Transit's policies and procedures for determining Shuttle eligibility.



Northwest Justice Project
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

THIS MATTER having come before the court on the ____ day of ___________, 2007, upon the parties' JOINT MOTION FOR ENTRY OF AN AGREED ORDER AND CONSENT DECREE, it is now therefore

**ORDERED, ADJUDGED and DECREED** that the parties' JOINT MOTION FOR ENTRY OF AN AGREED ORDER AND CONSENT DECREE is **GRANTED** as provided further herein.

## I. AGREED ORDER ON WRIT OF REVIEW.

1. The parties agree that Pierce Transit will approve Mr. Davis for full Pierce Transit Shuttle service, ADA Category 1 with an effective date of the date of this Order, and will not conduct a review of Mr. Davis' Pierce Transit ADA Category 1 shuttle eligibility for at least three years from the date of this Order pursuant to Pierce Transit's three year Certification process.

2. The parties further agree that, based on the foregoing, there is no just reason for delay on Petitioner's claims on Review of Pierce Transit's denial of his eligibility for Shuttle service while his other claims for declaratory and injunctive relief are being resolved pursuant to the Consent Decree entered herewith.

3. It is therefore **ORDERED, ADJUDGED and DECREED** that Pierce Transit will approve Mr. Davis for full Pierce Transit Shuttle service, ADA Category 1 with an effective date of the date of this Order, and will not conduct a review of Mr. Davis' Pierce Transit ADA Category 1 shuttle eligibility for at least three years from the date of this Order pursuant to Pierce Transit's three year Certification process. On this basis, the Petitioner's claims on the WRIT OF REVIEW are hereby Dismissed with prejudice, with each party to bear their own fees and costs in connection therewith.



**Northwest Justice Project**
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

## II. CONSENT DECREE.

The parties agree as follows regarding Mr. Davis' claims for declaratory and injunctive relief:

1. The parties wish to avoid the uncertainties, costs and burdens of further litigation in this matter. The Defendant does not admit any liability or wrong doing on its part. This consent decree does not constitute any admission on Defendant's part of any liability or wrongdoing,

2. There shall be no judgment for or award of costs or attorneys fees to any party in this matter.

3. Pierce Transit's Board shall, by no later than November 19, 2007, adopt revised policies regarding its Shuttle eligibility process which shall comply with the ADA. Specifically:

   a. Pierce Transit's policies and procedures will describe Shuttle eligibility criteria and the eligibility determination process.

   b. Pierce Transit Shuttle applicants claiming cognitive or mental heath impairments whose Shuttle eligibility cannot be determined based on written application materials and/or professional verifications will be provided the opportunity to have a cognitive functional assessment using standardized cognitive assessment tools, or a psychological assessment conducted by a contracted third party.

   c. Pierce Transit's Shuttle eligibility determination policies and procedures will assure that all Shuttle applicants are provided notice of initial Shuttle eligibility determinations that comply with the notice requirements contained in 49 CFR Appendix D to Part 37 Sec. 37.125 as of the effective date of this agreement.



Northwest Justice Project
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

4. Pierce Transit's Board shall, no later than November 19, 2007, adopt revised policies regarding its appeal process for adverse shuttle eligibility determinations which shall comply with the ADA and constitutional due process guarantees. Pierce Transit's appeal process will require that:

a. The appellant has the right to:

i. inspect in advance of the hearing any documentary and other physical evidence that the agency intends to introduce at the hearing;

ii. be represented by his or her own advocate ,

iii. question and confront witnesses presented by the agency,

iv. present witnesses and the introduction of documentary and other physical evidence as he or she desires, and

v. present argument to the hearing examiner.

vi. if the appeal involves a proposed termination or reduction in Shuttle services, the appellant shall have the right to continue to receive his or her pre-termination or reduction level of service pending the issuance of the hearing examiner's final written decision in the case, for up to 30 days.

b. The hearing examiner:

i. must be provided with adequate information and training on ADA paratransit eligibility criteria, and Pierce Transit's shuttle eligibility determination and appeals process and procedures,

ii. must not have been involved in the agency's initial eligibility determination,



**Northwest Justice Project**
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

iii. must not be in a supervisory or subordinate role to any individual involved in the agency's initial eligibility determination,

iv. must make his/her eligibility determination based solely on the documentary evidence, observations and testimony presented at the hearing, along with his/her observations and professional expertise and knowledge,

v. must not engage in *ex-parte* off-the-record contact regarding the case with agency staff or other individuals,

vi. must issue a written decision setting forth the reasons for the decision ,

c. As with the initial notifications of shuttle eligibility determinations, Pierce Transit's policies and procedures will require that the hearing examiner's appeal decision will be in writing, and will comply with the notice requirements contained in 49 CFR Appendix D to Part 37 Sec. 37.125 as of the effective date of this agreement, and will be transmitted to the appellant in all cases. In the case of an adverse hearing examiner decision, the notice will advise appellants of their right to seek outside, independent advice regarding their legal rights.

5. The signature of Pierce Transit's counsel hereon shall constitute actual notice of this order to Pierce Transit and its officers, agents, servants, employees, and those persons in active concert or participation with them in the operation of Pierce Transit's Shuttle service.

6. The Court will retain jurisdiction for purposes of enforcing this Consent Decree through 90 days following the agreed upon date for performance reflected above. Unless plaintiff has initiated enforcement proceedings by this date, counsel for Mr. Davis and Pierce Transit



**Northwest Justice Project**
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226

will jointly move for the dismissal of this matter as fully compromised and settled, with each party to bear their own fees and costs herein.

7. This matter is continued pending the parties joint motion for dismissal. The case schedule stricken pending completion of the actions and deadlines in the Consent Decree.

Dated this 1st day of May, 2007.

UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Presented by:
NORTHWEST JUSTICE PROJECT

TODD CARLISLE, WSBA #25208

And by:

DAVIES PEARSON, P.C.

Joseph M. Diaz, WSBA #16170
Attorneys for Respondent/Defendant



Northwest Justice Project
715 Tacoma Avenue South
Tacoma, Washington 98402
Phone: (253) 272-7879 Fax: (253) 272-8226