HONORABLE RONALD B. LEIGHTON

06-CV-05194-ORD

FILED ___ LODGED
RECEIVED
MAR -7 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ROGER J. DAVIS, | |
|---|---|
| Petitioner/Plaintiff, | NO. 06-5194 RBL |
| vs. | (~~proposed~~) ORDER TO SHOW CAUSE RE: |
| PIERCE COUNTY TRANSPORTATION BENEFIT AREA AUTHORITY (commonly known as "Pierce Transit"), a municipal corporation, | CONTEMPT OF AGREED ORDER & CONSENT DECREE, ENTERED MAY 2, 2007. |
| Respondent/Defendant. | |

Petitioner/Plaintiff's motion for Show Cause Re: Contempt of Agreed Order and Consent Decree, Entered May 2, 2007 was noted on the motion calendar for March 7, 2008, pursuant to Fed. R. Civ.P. 7(b) and LR 7(b)(2). The respective briefs of the parties, declarations in support and opposition thereto, and exhibits of the parties have been considered. Joseph M. Diaz appeared as attorney for Respondent/Defendant, and Todd Carlisle appeared as attorney for Petitioner/Plaintiff. Therefore,

(proposed) ORDER TO SHOW CAUSE RE:
CONTEMPT OF AGREED ORDER & CONSENT
DECREE, ENTERED MAY 2, 2007.
Case No. 06-5194 RBL
Page 1 of 2
jmd s:\1xxxx\159xx\15941\2\pldg\order to show cause re contempt (proposed).doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  IT IS HEREBY ORDERED:

2  The Petitioner/Plaintiff's Motion for Order to Show Cause re: Contempt of

3  Agreed Order and Consent Decree entered May 2, 2007 is hereby denied.

4  Dated this 7th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

8  Presented by:

9  DAVIES PEARSON, P.C.

_____
Joseph M. Diaz, WSBA #16170
Attorneys for Respondent/ Defendant
Email jdiaz@dpearson.com

(proposed) ORDER TO SHOW CAUSE RE:
CONTEMPT OF AGREED ORDER & CONSENT
DECREE, ENTERED MAY 2, 2007.
Case No. 06-5194 RBL
Page 2 of 2
jmd s:\1xxxx\159xx\15941\2\pldg\order to show cause re contempt (proposed).doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052